**Motion Denied and Order filed June 21, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00508-CR
_____

**YOLANDA MARIE WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 176th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1315703**

## ABATEMENT ORDER

According to the information provided to this court, on May 22, 2012, appellant filed a notice of appeal from her conviction for aggravated assault. The trial court certified that appellant has the right to appeal. Appellant requested appointment of counsel, and the trial court granted her request and determined that she is indigent for purposes of employing counsel and paying for preparation of the appellate record. To date, this court has not been notified that counsel has been appointed.

On June 12, 2012, appellant filed in this court a *pro se* request for bail pending appeal. The trial court originally set bond at $0. The motion for bail filed in this court is denied, and the issue of bail pending appeal will be referred to the trial court.

We abate the appeal and remand the case for the trial court to consider the appointment of counsel and appellant's request for bond. The clerk's record in this appeal has not been filed and is due July 23, 2012. The judge of the 176th District Court shall instruct the Harris County District Clerk to include the court's determination on the appointment of counsel and appellant's request for bond pending appeal in the clerk's record. The clerk's record remains due to be filed with the clerk of this court on or before **July 23, 2012.**

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the clerk's record is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM